IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER LEVENE<br>and DAVID HUSMAN,<br><br>Plaintiffs,<br><br>V.<br><br>STAPLES OIL CO., INC., and<br>ALBERTUS SCHELHAAS,<br><br>Defendants. | §<br>§<br>§<br>§ CASE NO. 20:4171-KES<br>§<br>§ Judge Karen E. Schreier<br>§<br>§<br>§<br>§<br>§ |

## AFFIDAVIT OF JAMES L. HOY

STATE OF SOUTH DAKOTA )
                                                )
COUNTY OF LINCOLN      )

JAMES L. HOY, being first duly sworn on oath, deposes and says:

1. Affiant is an attorney at law and one of the counsel of record for the above-named Plaintiffs in the above-entitled action.

2. In accordance with D.S.D. Civ. LR 56.1(C), Affiant submits this affidavit as part of Plaintiffs' response to Defendants' Motion for Partial Summary Judgment dated and served October 24, 2022 (Doc. 30).

3. Exhibit "35-1" attached hereto and incorporated by this reference are true and correct copies of excerpts of bates-stamped documents produced by Defendant Staples Oil during the course of discovery, as well as a screen-shot of dash-cam video, and consists of the following:

1

| Page | Description |
|---|---|
| Staples 1 | Letter of Warning dated October 3, 2018 |
| Staples 2 | Second Letter of Warning dated December 27, 2018 |
| Staples 3 | Truck Loading Manifest and Bill of Lading dated December 27, 2018 |
| Staples 16 | Anti-Discrimination Policy |
| Staples 18 | Driving and Vehicle Usage Policy |
| Staples 20 | Documentation of Receipt of Employee Handbook dated July 16, 2018 |
| Staples 21 | Harassment Policy |
| Staples 25 | Letter of Warning dated October 3, 2018 |
| Staples 26 | Letter of Warning dated December 27, 2018 |
| Staples 37 | Employment Application |
| Staples 47 | Driver Road Test |
| Staples 51 | Quest Diagnostics – drug screening |
| Staples 55 | Employee Acknowledgement of company's written security plan and security assessment |
| Staples 56 | Documentation of Safety Training regarding hazardous material training |
| Staples 57 | Documentation of Safety Training regarding vehicle roll over training |
| Staples 58 | Driver's Daily Log |
| Staples 102 | Log map |
| Staples 148 | Email dated December 27, 2018 regarding load details |
| Staples 188 | Driver / Vehicle Examination Report dated December 5, 2018 |
| Staples 229 | Driver mileage sheet week of July 23 – 27, 2018 |
| Staples 234 | Driver mileage sheet week of July 30 – August 3, 2018 |
| Staples 353 | Staples Oil Co. Employee Handbook |

| Last page | Screenshot of dash-cam video depicting truck |
|---|---|

4. Exhibit "35-2" attached hereto and incorporated by this reference is a true and correct copy of excerpts from the Minnesota Commercial Driver's Manual.

5. Affiant is informed and believes, and based upon such information and belief, states that the documents contained in Exhibits "35-1" and "35-2" attached are documents that were produced and exchanged during discovery, are material to the legal issues pending before the court and are admissible in evidence.

FURTHER AFFIANT SAYETH NOT.

_____
James L. Hoy

Subscribed and sworn to before me this 14th day of November, 2022.

_____
Notary Public – South Dakota
My Commission Expires: 1/24/25