

**Staples Oil Co., Inc.**

P. O. Box 243, Windom, MN 56101

# *Letter of Warning*

Date:___10/3/2018_____        Employee:___Al Schelhaas_____

Dear Employee;

You have received this letter due to conduct, which is not within the guidelines of Staples Oil Company. Please be advised that this is your first letter of warning from Staples Oil Company, Inc. The first letter of warning serves to express dissatisfaction for an incident, which will be described below. If this action is not corrected you will receive a second letter of warning and may be dismissed at that time. If a second letter is received and the action continues a third letter of dismissal will be given at that time. Both your direct supervisor and you must sign this letter before you will be allowed to return to work for this company. Please be advised that these letters will be kept for a period of three years in your employee file. You also have the right to submit a letter describing your thoughts concerning the incident at your discretion. This letter will also be stored in your employee file.

## Supervisor Comments:

On October, 3rd, 2018, Al was in line at the Windom Bulk Plant waiting to unload. When the truck ahead of him was done unloading, Al need to back up to allow more room for the truck ahead of him. When Al backed up, he backed into a mini-van that was legally parked in the Hy-Vee parking lot, but had not been there when Al pulled in.

I have discussed the situation described above with my direct supervisor and am fully aware of Staples Oil Company's Policy concerning this issue. I understand that I am free to return to work at this time. I also understand that if I continue to violate this policy that I may be dismissed at that time.

_____        _____
Direct Supervisor of Employee                     Employee Signature

Exhibit 35-1



**Staples Oil Co., Inc.**          P. O. Box 243, Windom, MN 56101

# *Second Letter of Warning*

Date:  12/27/2018                                    Employee:  Albertus Schelhaas

Dear Employee;

You have received this letter due to conduct, which is not within the guidelines of Staples Oil Company. Please be advised that this is your second letter of warning from Staples Oil Company, Inc. The second letter of warning serves to express dissatisfaction for an incident, which will be described below. If this action is not corrected you will receive a third letter of dismissal at that time. Please be advised that this is your last warning and continuation of your employment is contingent on your correction of these actions. Both your direct supervisor and yourself must sign this letter before you will be allowed to return to work for this company. Please be advised that these letters will be kept for a period of three years in your employee file. You also have the right to submit a letter describing your thoughts concerning the incident at your discretion. This letter will also be stored in your employee file.

Supervisor Comments:

On 12/27/2018 Al was involved an accident on Westbound I-90 just before the Brandon, SD exit. Weather was poor with rain/snow mix and the roads were sloppy. A pick up truck traveling in front of Al came to a stop has he approached a snow plow and Al was not able to stop in time and hit the pick up truck in the rear. Al was cited for driving too fast in the road conditions.

Al and I discussed the importance of maintain a safe following distance as dictated by the road conditions.

I have discussed the situation described above with my direct supervisor and am fully aware of Staples Oil Company's Policy concerning this issue. I understand that I am free to return to work at this time. I also understand that if I continue to violate this policy that I will be dismissed at that time

_____                    _____
Direct Supervisor of Employee                    Employee Signature

## TRUCK LOADING MANIFEST AND BILL OF LADING
### IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300 (Chemtrec Acct Number CCN621436)

Agri-Energy - Agri-Energy
502 South Walnut  Luverne, MN  56156
Voice: 507-283-9297

**SAFETY DATA SHEET AVAILABLE ON REQUEST**

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT MEETS APPLICABLE DEPARTMENT OF TRANSPORTATION SPECIFICATION AND IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS MATERIAL

**Loaded At: Bay-01-AGE**

**BOL Number: 10001089**     Start Loading: 27-Dec-2018 12:01   Finish Loading: 27-Dec-2018 12:31

**Position Holder: ECO**     Carrier: 1086 - STAPLES OIL CO., INC.   Driver: Albertus L. Schelhaas
Eco-Energy Marketer

Tank-803

| Supplier: 1070 | Customer: 408 | Destination: 1707 |
|---|---|---|
| Agri-Energy | Topco Associates LLC | Sioux Falls, SD - Magellan Terminal |
| 502 S WALNUT | | 5300 W 12th St |
| Luverne, MN  56156 | | Sioux Falls, SD  57107 |

The below named materials are property classified, described, packaged, marked and labeled and are in proper condition for transportation according to applicable D.O.T. regulations.

**DOT Classification:**                                                        DOT Volume: 7802

UN1987, Alcohols N.O.S.,3, PG II (1 Cargo Tank)

| Product Description | | Gross Gallons | Gravity | Temp °F | Net Gallons |
|---|---|---|---|---|---|
| | | 0.0 | 7802 | 47.9 | 49.6 | 7851 |
| ETHD–Ethanol | | | | | |

Ethanol Denaturant Content 1.96% To 2.49% Vol. Denatured Fuel Ethanol, Maximum 10 ppm Sulfur.

**Miscellaneous Messages**

Loaded By:  X  _Al Schelhaas_

Release: 31012912
Carrier: STAPLES OIL CO., INC.

Page 1 of 1



**Staples Oil Co., Inc.**                    P. O. Box 243, Windom, MN 56101

## Anti-Discrimination Policy

It is the Company's Policy not to discriminate against any employee or applicant for employment because of race, color, religion, age, sex, national origin or ancestry, marital status or family responsibilities, veteran's status, or disability in accordance with applicable federal, state, and local law.

If you believe you have been discriminated against, you must report the act of discrimination to your **Supervisor** immediately.  If you feel uncomfortable doing so or if your supervisor is the source of the problem, condones the problem, or ignores the problem, report to **Amy Joyce, Human Resources.**

If neither of these alternatives is satisfactory to you, then you can direct your questions, problems, complaints, or reports to **Brent Staples, President.**  You are not required to directly confront the person who is the source of your report, question, or complaint before notifying any of those individuals listed. Nevertheless, you are required to make a reasonable effort to make the discriminatory conduct known should it exist.


_____          7-16-18
THE COMPANY                        Date

_____          7-16-18
Employee Signature                 Date



**Staples Oil Co., Inc.**                                    P. O. Box 243, Windom, MN 56101

### DRIVING AND VEHICLE USAGE POLICY

Staples Oil Co., Inc. has made a commitment of safety, service, and quality to both our employees and customers. Staples Oil Co., Inc. mandates that our employees operate all vehicles owned by or used by Staples Oil Company, Inc. and/or Staples Enterprises, Inc. in a safe and economical manner. Employees must adhere to the following guidelines:

1. Vehicles are not to be operated unless in a safe operating condition.
2. Drivers must be physically and mentally able to drive safely.
3. Drivers must conform to all traffic laws with allowances made for adverse weather and traffic conditions.
4. Respect the rights of other drivers and pedestrians.
5. Drivers may not use drugs or alcohol, or be under the influence of drugs or alcohol, while operating a vehicle owned by or used by Staples Oil Co., Inc. and/or Staples Enterprises, Inc.
6. Employees operating a vehicle, whether for company or personal use, are not to give permission for the vehicle to be driven by any other person, including family members.

Operating any Company owned vehicle outside these outlined rules in the Driving and Vehicle Usage Policy may result in forfeiture of all driving privileges.

### ACCIDENTS

All accidents are to be reported to management of Staples Oil Co., Inc. within twenty-four (24) hours after the accident occurs. All accidents will be reviewed and a determination made as either preventable or non-preventable. *A preventable accident is defined as an accident in which the driver failed to do everything reasonably possible to avoid it.*

### MVR STANDARDS

Motor Vehicle Records (MVRs) will be checked periodically on all employees where driving is a part of their job. The MVR will be reviewed to ascertain the employee holds a valid license and their driving record is within the parameters set by company management. MVR checks which reveal:

1. Three (3) or more traffic violations and/or at fault accidents over a three (3) year period for drivers age 25 and older, two (2) traffic violations and/or at fault accidents for drivers age 18 through 24, or one (1) traffic violation and/or at fault accident for drivers 17 and under; or
2. One or more of the following type of serious traffic convictions within the past 3 years:
   a. driving while under the influence or while disabled by use of drugs;
   b. refusal to take a breath analyzer test;
   c. leaving the scene of an accident without reporting it;
   d. homicide, assault, or criminal negligence resulting from the operation of a vehicle;
   e. driving while license is suspended or revoked;
   f. reckless or dangerous driving, which results in injury to a person;
   g. racing;
   h. passing a stopped school bus and/or;
   i. possession of a controlled substance;

will disqualify the employee from driving company operated vehicles, or those vehicles in the care and custody of Staples Oil Co., Inc. and/or Staples Enterprises, Inc.

Violations include seat belt violations, but do not include such non-moving violations as weight violations or improper or inadequately maintained equipment.

### SEAT BELTS

Seat belts must be worn whenever the vehicle is in motion.

### MAINTINENCE

Employees driving a company owned vehicle are responsible for scheduling its regular maintenance and oil changes every 5,000 miles. Any further repairs needed must be approved by management.

### SECURING CARGO

Cargo will be secured and all doors locked while en route and while the vehicles are parked.

STAPLES000018

**DISTRACTED DRIVING**
Your primary responsibility when driving a vehicle for our Company is driving the vehicle safely. For the good of all our employees and the community in which we operate, it is our Company policy that you not engage in activities that cause you to become distracted from this responsibility. It is our Company policy that, in all circumstances, you pull the vehicle over to a safe area at the side of the road prior to engaging in these activities.

7-16-18
_____
Date

_____
Signed



## Documentation of Receipt of Employee Handbook

Date: _7-16-18_                    Employee: _Albertus L Schelhaas_

To whom it may concern:

As part of my employment with Staples Oil Co., Inc., I am required to read the Employee Handbook in its entirety. I am also responsible to adhere to all policies in this handbook.

By signing this form I acknowledge I have received a copy of this handbook.

_____               _____
**Direct Supervisor of Employee**            **Employee Signature**

STAPLES000020



**Staples Oil Co., Inc.**                                    P. O. Box 243, Windom, MN 56101

## Harassment Policy

**THE COMPANY** believes that every employee has the right to a work environment free of unwelcome verbal or physical conduct which harasses, disrupts, or interferes with the individual's work performance or creates an intimidating, offensive, or hostile environment. Staples Oil Co. does not tolerate any employees engaging in this type of behavior. Any employee participating in such negative conduct will be subject to appropriate corrective action that may include termination.

**EMPLOYEE HARASSMENT** is any unwelcome conduct that illegally discriminates against you or another employee, unreasonably interferes with an individual's work performance or creates an intimidating, hostile, or offensive work environment. This would include harassment based upon an individual's race, religion, sexual orientation, marital status, gender, family status, age, physical or mental disability, or other protected classifications.

**SEXUAL HARASSMENT** is defined as unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of sexual nature where submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; or submission to or rejection of such conduct is used or threatened to be used as the basis for employment decisions affecting such individual; or such unreasonable conduct interferes with an individual's work performance or creates an intimidating, hostile, or offensive work environment.

**REPORTING GUILDLINES:** If you become aware of situations involving unwelcome and inappropriate behavior directed toward you or another employee, report it immediately to your supervisor. If for any reason you do not feel that you can speak to your supervisor about the situation, please report to:

<u>Amy Joyce, Human Resources</u>
or
<u>Brent Staples, President</u>

Upon receipt of a complaint under this policy, Staples Oil Co. will initiate an investigation of the situation and document the responses of all individuals involved. If your complaint is not handled to your satisfaction, then you should follow-up with a written statement to Staples Oil Co. President, Controller, or Human Resources Manager.

**DISCIPLINARY ACTION:** Any disciplinary action taken in response to the findings of a harassment complaint will be based on the individual circumstances of each situation. Disciplinary actions may include, but are not limited to, written warnings, suspensions without pay, or termination. In addition, if it is determined that a person has falsely and intentionally accused someone of harassment, appropriate disciplinary action may be taken, which may include termination.

_Amy Joyce_                                    7-16-18
Staples Oil Co. Management                     Date

_[signature]_                                  7-16-18
Employee Signature                             Date

STAPLES000021



**Staples Oil Co., Inc.** P. O. Box 243, Windom, MN 56101

# *Letter of Warning*

Date: __10/3/2018__ Employee: __Al Schelhaas__

Dear Employee;

You have received this letter due to conduct, which is not within the guidelines of Staples Oil Company. Please be advised that this is your first letter of warning from Staples Oil Company, Inc. The first letter of warning serves to express dissatisfaction for an incident, which will be described below. If this action is not corrected you will receive a second letter of warning and may be dismissed at that time. If a second letter is received and the action continues a third letter of dismissal will be given at that time. Both your direct supervisor and you must sign this letter before you will be allowed to return to work for this company. Please be advised that these letters will be kept for a period of three years in your employee file. You also have the right to submit a letter describing your thoughts concerning the incident at your discretion. This letter will also be stored in your employee file.

## Supervisor Comments:

On October, 3rd, 2018, Al was in line at the Windom Bulk Plant waiting to unload. When the truck ahead of him was done unloading, Al need to back up to allow more room for the truck ahead of him. When Al backed up, he backed into a mini-van that was legally parked in the Hy-Vee parking lot, but had not been there when Al pulled in.

I have discussed the situation described above with my direct supervisor and am fully aware of Staples Oil Company's Policy concerning this issue. I understand that I am free to return to work at this time. I also understand that if I continue to violate this policy that I may be dismissed at that time.

_____
Direct Supervisor of Employee

_____
Employee Signature



**Staples Oil Co., Inc.**                                    P. O. Box 243, Windom, MN 56101

# *Second Letter of Warning*

Date:  12/27/2018                                    Employee:  Albertus Schelhaas

Dear Employee;

You have received this letter due to conduct, which is not within the guidelines of Staples Oil Company. Please be advised that this is your second letter of warning from Staples Oil Company, Inc. The second letter of warning serves to express dissatisfaction for an incident, which will be described below. If this action is not corrected you will receive a third letter of dismissal at that time. Please be advised that this is your last warning and continuation of your employment is contingent on your correction of these actions. Both your direct supervisor and yourself must sign this letter before you will be allowed to return to work for this company. Please be advised that these letters will be kept for a period of three years in your employee file. You also have the right to submit a letter describing your thoughts concerning the incident at your discretion. This letter will also be stored in your employee file.

Supervisor Comments:

On 12/27/2018 Al was involved an accident on Westbound I-90 just before the Brandon, SD exit. Weather was poor with rain/snow mix and the roads were sloppy. A pick up truck traveling in front of Al came to a stop has he approached a snow plow and Al was not able to stop in time and hit the pick up truck in the rear. Al was cited for driving too fast in the road conditions.

Al and I discussed the importance of maintain a safe following distance as dictated by the road conditions.

I have discussed the situation described above with my direct supervisor and am fully aware of Staples Oil Company's Policy concerning this issue. I understand that I am free to return to work at this time. I also understand that if I continue to violate this policy that I will be dismissed at that time

_____                              _____
Direct Supervisor of Employee                        Employee Signature

STAPLES000026

## STAPLES OIL COMPANY, INC.
Employment Application



### APPLICANT INFORMATION

| | | |
|---|---|---|
| Last Name *Schelhaas* | First *Albertus* | M.I. *L*   Date *7-16-18* |
| Street Address ███████████ | | Apartment/Unit # |
| City *Edgerton* | State *MN* | ZIP *56128* |
| Phone ███████ | E-mail Address ███████████ | |
| Date Available *7-23-18* | Social Security No ██████ | Desired Salary |

Position Applied for *Truck Driver*

Are you a citizen of the United States?   YES ☑   NO ☐   If no, are you authorized to work in the U.S.?   YES ☐   NO ☐

Have you ever worked for this company?   YES ☐   NO ☑   If so, when?

Have you ever been convicted of a felony?   YES ☐   NO ☑   If yes, explain

### EDUCATION

| | |
|---|---|
| High School *SWCH* | Address *Edgerton, MN* |
| From *1979*  To *1982*   Did you graduate?  YES ☑  NO ☐   Degree | |
| College | Address |
| From   To   Did you graduate?  YES ☐  NO ☐   Degree | |
| Other *Jackson Vo-Tec* | Address *Jackson MN* |
| From *1980*  To *1984*   Did you graduate?  YES ☑  NO ☐   Degree *Auto Body Specialist* | |

### REFERENCES

Please list three professional references.

| | |
|---|---|
| Full Name | Relationship |
| Company | Phone (   ) |
| Address | |

| | |
|---|---|
| Full Name | Relationship |
| Company | Phone (   ) |
| Address | |

| | |
|---|---|
| Full Name | Relationship |
| Company | Phone (   ) |
| Address | |

STAPLES000037

**PREVIOUS EMPLOYMENT**

| | |
|---|---|
| Company _VAN'T HOF MILK Hauling_ | Phone ( ) |
| Address _Edgerton_ | Supervisor _MIKE_ |
| Job Title _Truck driver_ | Starting Salary $ | Ending Salary $ |

Responsibilities _picking up + delivering milk_

From _2014_ To _2018_   Reason for Leaving _weekends + insurance_

May we contact your previous supervisor for a reference?   YES ☑   NO ☐

| | |
|---|---|
| Company _Al's Auto Body Repair_ | Phone ( ) |
| Address _Edgerton  mn_ | Supervisor |
| Job Title _owner / manager_ | Starting Salary $ | Ending Salary $ |

Responsibilities

From   To   Reason for Leaving _Sold business_

May we contact your previous supervisor for a reference?   YES ☐   NO ☐

| | |
|---|---|
| Company | Phone ( ) |
| Address | Supervisor |
| Job Title | Starting Salary $ | Ending Salary $ |

Responsibilities

From   To   Reason for Leaving

May we contact your previous supervisor for a reference?   YES ☐   NO ☐

**MILITARY SERVICE**

| | |
|---|---|
| Branch | From   To |
| Rank at Discharge | Type of Discharge |

If other than honorable, explain

**DISCLAIMER AND SIGNATURE**

I certify that my answers are true and complete to the best of my knowledge.

If this application leads to employment, I understand that false or misleading information in my application or interview may result in my release.

Signature _Christe I Schelhaas_     Date _7-16-18_

STAPLES000038



## Staples Oil Co., Inc.

P. O. Box 243, Windom, MN 56101

Date: 7-16-18

**To Whom It May Concern;**

I consent to the release of my driving record to Staples Oil Co., Inc. anytime within the next 30 days.

| Driver Name | Drivers License # | Signature |
|---|---|---|
| Albertus L Schelhaas | ▮▮▮▮▮ | *(signature)* |



August 19th, 2019

Upon review of Staples Oil Safety Fitness which was conducted on May 23rd, 2019, it was found that Staples Oil Driver Applications were incomplete as per 391.51(a).

This document serves notice that this qualification file was reviewed at that time and this application was incomplete. Staples Oil was not required to have the driver fill out a new application.

Pete Bartelt

Director of Wholesale and Distribution

STAPLES000040

INVESTIGATION INTO SAFETY PERFORMANCE HISTORY

| PROSPECTIVE EMPLOYER: | | PREVIOUS EMPLOYER: | |
|---|---|---|---|
| COMPANY | STAPLES OIL Co. INC. | COMPANY | VAN'T HOF MILIK HAULING |
| ADDRESS | P.O. Box 243 | ADDRESS | |
| CITY/STATE/ZIP | WINDOM, MN 56101 | CITY/STATE/ZIP | EDGERTON, MN |
| PHONE NO. | ( 507 ) 831- 4450 | PHONE NO. | ( 507 ) 443-5570 |
| FAX NO. | ( 507 ) 831- 4452 | FAX NO. | ( 507 ) 443-5570 |
| E-MAIL | | E-MAIL | |
| CONTACT | PETE BERTJET | CONTACT | |
| COMPANY OFFICIAL | | | |

SIGNATURE OF COMPANY OFFICIAL

ALBERTUS SCHELHAAS _____ SOCIAL SECURITY NO. _____

DRIVER'S NAME

has made application to our company for a position as a Commercial Motor Vehicle driver. We must obtain the following information from you under §§391.23 (d) and (e). You are required to reply within 30 days under §391.23 (g). Your reply will be held in strict confidence. We may report your failure to answer this investigation under §386.12.

The above named driver has given written consent as noted below.

**SAFETY PERFORMANCE HISTORY**

1. Above named driver was employed as _____ from __/__/__ - __/__/__
2. Reason for leaving employment: ____ discharged ____ laid off ____ resigned.
3. He/she operated the following types of equipment: _____
4. List all preventable accidents (as defined in §390.15(b)) the above named driver was involved in since April 29, 2003:
   (use additional sheet if necessary)

| Date of Accident | Location | No. of Injuries | No. of Fatalities | No. of Tow-aways | Was Hazmat Released? |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

5. List any other accidents above named driver was involved in in the last 3 years (optional)

| Date of Accident | Location | No. of Injuries | No. of Fatalities | No. of Tow-aways | Was Hazmat Released? |
|---|---|---|---|---|---|
| | | | | | |

6. Did the above named driver violate any prohibition under §382 subpart B in the last 3 years? YES ____ NO ____
7. Did the driver violate any U.S. DOT agency drug and alcohol testing regulations? YES ____ NO ____
8. Did the driver have an alcohol test with a result of 0.04 or higher? YES ____ NO ____
9. Did the driver have any verified positive drug tests? YES ____ NO ____
10. Did the driver refuse to be tested (including verified adulterated or substituted drug test results)? YES ____ NO ____
11. Did the driver fail to undertake or complete an SAP's recommendation regarding rehabilitation or treatment following a positive drug or alcohol test? YES ____ NO ____ DON'T KNOW ____
    Please provide documentation of the driver's successful completion of U.S. DOT return-to-duty requirements.
12. Do you have previous employment drug and alcohol testing verification from U.S. DOT regulated employers prior to the driver working for you? YES ____ NO ____ Please provide documentation
13. Additional comments on the above named driver's safety performance history _____
14. Check here if there is no safety performance history information on the above named driver ____

I certify the information provided on the safety performance history is accurate and true.

_____  __/__/__
PREVIOUS EMPLOYER'S SIGNATURE    DATE

Under §391.23(i) and (j), the above named driver has the right to request a correction or make a rebuttal to your response.
Contact in the event of a correction or rebuttal _____

**DRIVER'S WRITTEN CONSENT**

I am authorizing you to release any and all information regarding my employment and safety performance history while I was employed by your company. Under §391.23(l), I cannot bring an action or proceeding for defamation, invasion of privacy, or interference with a contract against you based on furnishing true and accurate information. You are hereby authorized to give the information requested to the person named above.

_____  7/16/10
DRIVER'S SIGNATURE    DATE

**PROSPECTIVE EMPLOYER USE ONLY**

Date of attempt/contact: __/__/__
Information sent via: ____ Personal interview ____ Telephone interview ____ Email ____ Fax ____ Mail
Information obtained via: ____ Personal interview ____ Telephone interview ____ Email ____ Fax ____ Mail
____ Corrected information / driver rebuttal attached
____ Good faith effort was made to contact the previous employer; it failed to respond to our request.
____ Previous employer was not knowledgeable of the failure to undertake or complete an SAP's recommendation regarding rehabilitation or treatment following a positive drug or alcohol test. Information from the driver regarding his/her return-to-duty and follow-up program has been obtained directly from the driver.

Distribution: White - Send To Previous Employer   Yellow - Driver Qualification and History File

No. 1021   Copyright © 6/04   Reorder from Trans Products   1-800-367-9100   PO Box 898 Milford, DE 19963

STAPLES000041

FAXED   7-16-18   4:33 PM

FAXED   7-18-18   9:00 AM

STAPLES000042

# DRIVER ROAD TEST

§391.31

DRIVER'S NAME  Scheunaas (LAST)  Albertus (FIRST)  L (MIDDLE INITIAL)    SOCIAL SECURITY NO. ▮▮▮▮▮

DRIVER'S LICENSE NO. ▮▮▮▮▮  STATE  MN  CLASS  A    IF CDL, LIST ENDORSEMENTS  Tanker / Hazmat
TYPE OF UNIT DRIVER IS MOST ACCUSTOMED TO  Tractor Trailer
TYPE OF UNIT TESTED ON: POWER  Freightliner    TRAILER(S)  Petroleum
IF PASSENGER CARRIER, TYPE OF BUS _____  SCHOOL BUS, TAXI, MINI-VAN, COACH

**GRADE DRIVER IN THE BELOW AREAS OF OPERATION ON THE BASIS OF (E) excellent; (G) good; (F) fair; (P) poor**

| AREA OF OPERATION | DAY TEST 7-16-18 | NIGHT TEST | AREA OF OPERATION | DAY TEST 7-16-18 | NIGHT TEST |
|---|---|---|---|---|---|
| Pretrip inspection | ✓ | | Intersection scanning | ✓ | |
| Knowledge of emergency equipment demonstrated | ✓ | | Downshifting | ✓ | |
| If combination unit, coupling and uncoupling | ✓ | | Braking | ✓ | |
| Placing vehicle in operation | ✓ | | Slowing the vehicle by means other than braking | ✓ | |
| Use of seat belt | ✓ | | Turning the vehicle at an intersection | ✓ | |
| Acceleration | ✓ | | Use of turn signal during turns | ✓ | |
| Upshifting | ✓ | | Avoidance of squeeze situations when turning | ✓ | |
| Operating the vehicle in traffic | ✓ | | Handling uphill operations | ✓ | |
| Lane holding | ✓ | | Handling downhill operations | ✓ | |
| Multi-lane road maneuvering | ✓ | | Recognition and following of road signs and signals | ✓ | |
| Space management | ✓ | | Lighting the road with the use of high/low beams | ✓ | |
| Distance scanning (following gap judgement) | ✓ | | Courtesy of driver to other motorists and pedestrians | ✓ | |
| Use of mirrors in traffic | ✓ | | Recognition and avoidance of potential unsafe road conditions and traffic problems | ✓ | |
| Observance of posted speed limits | ✓ | | Backing and parking the vehicle | ✓ | |
| Maneuvering through curves | ✓ | | Post trip inspection | ✓ | |
| Use of turn signals during lane change | ✓ | | Overall use of vehicle controls (horn, wipers, clearance lights, etc.) | ✓ | |
| Use of mirrors during lane change | ✓ | | Knowledge and overall use of vehicle safety equipment | ✓ | |
| Speed adjustment during lane change | ✓ | | | | |
| Cancelling turn signal after lane change completion | ✓ | | | | |
| Lane change return | ✓ | | | | |

**CHECK BOX IF COMMENT SPACE PROVIDED ON BACK OF FORM WAS USED.**

This is to certify that the above named driver was given a road test under my supervision on  7-16-18 (DATE)
consisting of approximately  2.4  miles of driving.
It is my considered opinion that this driver PASSED  X  DID NOT PASS _____ with sufficient driving
skill to operate safely the type of commercial motor vehicle listed above.

Staples Oil Co. Inc.
COMPANY OF EXAMINER

Windom, MN
ADDRESS OF EXAMINER

(signature) _____
SIGNATURE OF EXAMINER

Director of Wholesale & Distribution
TITLE OF EXAMINER

No. 1055    Copyright © 1/04    Reorder from Trans Products    1-800-367-9100    PO Box 898 Milford, DE 19963

CERTIFICATION OF ROAD TEST  §391.31

BALANCE OF CERTIFICATION ON REVERSE SIDE

STAPLES000047



**Quest Diagnostics**

Order Expiration Date / Time: 1/3/2019 1:37:00 PM Mountain



Authorization Barcode #: 31174085

| Employer Information: | Medical Review Officer: |
|---|---|
| BLUELINE SERVICES | DR STANLEY CALLISTER |
| 448 E WINCHESTER #425 | 448 EAST 6400 SOUTH #425 |
| SALT LAKE CITY, UT 84107 | SALT LAKE CITY, UT 84107 |
| Phone: (801)575-8378 | Phone: (801)575-8378 |
| Fax: (801)595-8378 | Fax: (801)595-8378 |

Location:  BLUELINE SERVICES

**Test Information**

| Donor Information: | Test Details: |
|---|---|
| Albertus Schelhaas | Reason for test: Post Accident |
| MPMASTAPLE | Account: 51024707 |

**Service(s) to be Performed**

| UR Drug Screening | 65304N | DOT DRUG PANEL W/TS |
|---|---|---|

**Collection Site Information**

Any Lab Test Now-Any Lab Test Now - Dr
7600 S Louise Ave
Ste 150
Sioux Falls, SD 57108
605-271-5757
M-F 8:00 am-6:00 pm; Drug Screen: M-F 8:00 am-6:00 pm

*CLOSED @ 4:00PM DUE TO WEATHER COULDN'T GET TESTED 12/27/2018 PB*

Please bring your driver's license or other government issued photo-ID with you for identification at the collection facility.

You must bring this order confirmation to the collection facility!

National Customer Service (800) 877-7484

*Quest Howard-Vacant Cable 2709 East 26th St.*



**Staples Oil Co., Inc.**

P. O. Box 243, Windom, MN 56101

**SECTION VII**
**EMPLOYEE ACKNOWLEDGEMENT**

I have read the company's written security plan and security risk assessment. I fully understand the risks associated with the transportation of petroleum products. I am able to identify and respond to security risks as detailed in the security plan. If at any time my awareness of security issues becomes unclear or insufficient, I understand that upon request, the company will provide me additional training and information.

7-16-18

Employee Signature

Date

6

STAPLES000055



**Staples Oil Co., Inc.**
P. O. Box 243, Windom, MN 56101

# *Documentation of Safety Training*
## *Hazardous Material Training*

Date: **7-16-18**        Employee: ALBERTUS L SCHELHAAS

To Whom It May Concern;

As part of my employment requirements with Staples Oil Co. Inc, I understand that Safety is above and beyond all other things the most important aspect of my job requirements.  I understand that at any time and for any reason concerning safety I should first contact the local police dept. if it is an emergency, Staples Oil Co., Inc offices, Pete Bartelt, Brent Staples, or Alan Staples with any immediate concerns if possible, and any questions at any time about my safety at work or that of others.  I has have been trained according to company policy through the **Hazardous Material Videos** which I have viewed as training.  I also am responsible to read and understand the safety manual available for reference at my place of employment.  I have been properly trained on how to protect myself and other from Hazardous Materials while driving transport.

## Supervisor Comments: Driver received one hour Hazardous Material Training

_____

_____
_____
_____
_____
_____

Direct Supervisor of Employee                    Employee Signature



**Staples Oil Co., Inc.**            P. O. Box 243, Windom, MN 56101

# Documentation of Safety Training
### Vehicle Roll Over Training

Date: _7-16-18_            Employee: _Alexdes L Schelhaas_

To Whom It May Concern;

As part of my employment requirements with Staples Oil Co. Inc, I understand that Safety is above and beyond all other things the most important aspect of my job requirements.  I understand that at any time and for any reason concerning safety I should first contact the local police dept. if it is an emergency, Staples Oil Co., Inc offices, Pete Bartelt, Brent Staples, or Alan Staples with any immediate concerns if possible, and any questions at any time about my safety at work or that of others.  I has have been trained according to company policy through the Roll Over Video which I have viewed as training.  I also am responsible to read and understand the safety manual available for reference at my place of employment. I have been properly trained on how to protect myself while driving transport.

## Supervisor
## Comments: _____

_____

_____

_____

_____

_____

Direct Supervisor of Employee            Employee Signature



**KEEP TRUCKIN**

# DRIVER'S DAILY LOG
USA Oil and Gas 70 hour / 8 day

**Log Date:** December 27, 2018
**Print Date:** February 25, 2021

| Driver ID | Schelhaas, Al  1b87e5ccb7eaadfac9fd457eb3d75b5e | | |
|---|---|---|---|
| Co-Drivers | | | |
| Driver License | MN | Exempt Driver | 0 |
| Distance | 118 mi | Engine Hours | 10409.3 - 10414.8 |
| Odometers | 383,583 - 383,702 | Shipping Docs | 1058156 |
| Current Location | | 24-Period Starting | Midnight |
| Data Diag. Indicators | No | ELD Malfn. Indicators | No |
| ELD ID | KTIELD | ELD Provider | KeepTruckin |
| Vehicles and VINs | 409 (3AKJGBDVXFDGM8409) | | |
| Trailers | 15t | | |
| Carrier and DOT# | STAPLES OIL COMPANY INC | | |
| Main Office | 1680 NORTH REDDING AVENUE, WINDOM, MN, 56101 | | |

```
        M  1  2  3  4  5  6  7  8  9  10 11  N  1  2  3  4  5  6  7  8  9  10 11  M
OFF                                                                              16.35
SB                                                                               00.00
D                                                                                03.73
ON                                                                               03.92
                                                                                 24.00
```

| No. | Status | Start (CST) | Duration | Location | Engine (elapsed) | Odo (accum.) | Notes |
|---|---|---|---|---|---|---|---|
| 1 | Off Duty  Driver | 12:00:00 AM | 10 hr 9 min 28 sec | 31.7 mi NW of Worthington, MN | | 0 | |
| 2 | On Duty  Driver | 10:09:28 AM | 8 min 40 sec | 31.8 mi NW of Worthington, MN | | 0 | Pre-Trip Inspection |
| 3 | Engine Power Up  reduced | 10:11:04 AM | - | 31.7 mi NW of Worthington, MN | 10409.3 (0) | 383,583 | |
| 4 | Driving  ELD | 10:18:08 AM | 6 sec | 31.7 mi NW of Worthington, MN | 10409.4 (0.1) | 383,583 | |
| 5 | On Duty  Driver | 10:18:14 AM | 11 min 6 sec | 31.7 mi NW of Worthington, MN | 10409.4 (0.1) | 383,583 | |
| 6 | Driving  ELD | 10:29:20 AM | 32 min 17 sec | 31.7 mi NW of Worthington, MN | 10409.6 (0.3) | 383,583 | |
| 7 | On Duty  Driver | 11:01:37 AM | 1 hr 31 min 35 sec | 1.0 mi N of Brandon, SD | 10410.1 (0.8) | 383,606 (22) | |
| 8 | Engine Shutdown  reduced | 11:05:20 AM | - | 31.5 mi W of Worthington, MN | 10410.2 (0.9) | 383,606 (22) | |
| 9 | Engine Power Up  reduced | 12:32:48 PM | - | 31.5 mi W of Worthington, MN | 10410.2 (0) | 383,606 | |
| 10 | Driving  ELD | 12:33:12 PM | 34 min 56 sec | 31.5 mi W of Worthington, MN | 10410.2 (0) | 383,606 | |
| 11 | On Duty  Driver | 1:08:08 PM | 13 min 45 sec | 1.2 mi NE of Brandon, SD | 10410.8 (0.6) | 383,625 (19) | |
| 12 | Driving  ELD | 1:21:53 PM | 1 min 46 sec | 1.2 mi NE of Brandon, SD | 10411 (0.8) | 383,625 (19) | |

| 13 | On Duty<br>Driver | 1:23:39 PM | 48 min 6 sec | 1.0 mi N of Brandon, 10411<br>SD | (0.8) | 383,626<br>(20) | |
| 14 | Driving<br>ELD | 2:11:45 PM | 35 min 23 sec | 1.0 mi N of Brandon, 10411.8<br>SD | (1.6) | 383,626<br>(20) | |
| 15 | On Duty<br>Driver | 2:47:08 PM | 55 min 34 sec | Sioux Falls, SD | 10412.4<br>(2.2) | 383,642<br>(36) | |
| 16 | Engine<br>Shutdown<br>reduced | 2:57:11 PM | - | Sioux Falls, SD | 10412.6<br>(2.4) | 383,642<br>(37) | |
| 17 | Engine<br>Power Up<br>reduced | 3:29:13 PM | - | Sioux Falls, SD | 10412.6<br>(0) | 383,642 | |
| 18 | Driving<br>ELD | 3:42:42 PM | 1 hr 59 min 25 sec | Sioux Falls, SD | 10412.8<br>(0.2) | 383,642 | |
| 19 | On Duty<br>Driver | 5:42:07 PM | 6 min 10 sec | 31.8 mi NW of<br>Worthington, MN | 10414.7<br>(2.1) | 383,702<br>(60) | Post-Trip Inspection |
| 20 | Engine<br>Shutdown<br>reduced | 5:45:23 PM | - | 31.8 mi NW of<br>Worthington, MN | 10414.8<br>(2.2) | 383,702<br>(60) | |
| 21 | Off Duty<br>Driver | 5:48:17 PM | 6 hr 11 min 43 sec | 31.8 mi NW of<br>Worthington, MN | | 0 | |
| 22 | Cert<br>1 | Dec 31 8:32:58<br>AM | - | | | | |

### Unidentified Events

| No. | Status | Start (CST) | Duration | Location | Engine<br>(elapsed) | Odo<br>(accum.) |
|-----|--------|-------------|----------|----------|---------|--------|
| 1 | Int Location | 5:20:33 PM | | 36.0 mi W of Worthington, MN | 10414.3 | 383,692 |

### Recap

| 12/20<br>8.61 | 12/21<br>11.00 | 12/22<br>7.92 | 12/23<br>0.00<br>Restart | 12/24<br>0.00 | 12/25<br>0.00 | 12/26<br>10.53 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Total Hours Since Restart | 10.53 |
| Hours Available Today | 59.47 |
| Hours Worked Today | 7.65 |

### Odometers

| Vehicle | Start | End | Distance |
|---------|-------|-----|----------|
| 409 | 383,583 | 383,583 | 0 mi |
| 409 | 383,583 | 383,605 | 22 mi |
| 409 | 383,624 | 383,625 | 1 mi |
| 409 | 383,605 | 383,624 | 19 mi |
| 409 | 383,625 | 383,641 | 16 mi |
| 409 | 383,642 | 383,702 | 60 mi |

I hereby certify that my data entries and my record of duty status for this day are true and correct

_____
Driver Signature

STAPLES000060



409 Nathan

← 

**Thu 27 Dec 2018 12:33 PM**
Distance: 18.94 mi.
Duration: 34 minutes 55 seconds
✕

| | Time | Odometer | Speed | Heading | Status |
|---|---|---|---|---|---|
| • | 12:33 PM | 382293.57 mi. | 14 MPH | 182 ° E of N | Driving |
| • | 12:34 PM | 382293.63 mi. | 6 MPH | 151 ° E of N | Driving |
| • | 12:34 PM | 382293.65 mi. | 7 MPH | 90 ° E of N | Driving |
| • | 12:34 PM | 382293.71 mi. | 7 MPH | 57 ° E of N | Driving |
| • | 12:35 PM | 382293.74 mi. | 6 MPH | 359 ° E of N | Driving |
| • | 12:37 PM | 382293.76 mi. | 7 MPH | 355 ° E of N | Driving |
| • | 12:37 PM | 382293.78 mi. | 5 MPH | 29 ° E of N | Driving |
| • | 12:37 PM | 382293.8 mi. | 6 MPH | 91 ° E of N | Driving |
| • | 12:38 PM | 382293.81 mi. | 3 MPH | 127 ° E of N | Driving |
| • | 12:38 PM | 382293.83 mi. | 7 MPH | 186 ° E of N | Driving |
| • | 12:39 PM | 382293.96 mi. | 14 MPH | 155 ° E of N | Driving |
| • | 12:39 PM | 382294.02 mi. | 14 MPH | 90 ° E of N | Driving |
| • | 12:39 PM | 382294.11 mi. | 15 MPH | 121 ° E of N | Driving |

STAPLES000102

2/25/2021                                              Pedigree Technologies OneView

| Time | Odometer | Speed | Heading | Status |
|---|---|---|---|---|
| 12:39 PM | 382294.17 mi. | 14 MPH | 176 ° E of N | Driving |
| 12:40 PM | 382294.23 mi. | 15 MPH | 101 ° E of N | Driving |
| 12:41 PM | 382294.48 mi. | 13 MPH | 89 ° E of N | Driving |
| 12:41 PM | 382294.52 mi. | 5 MPH | 121 ° E of N | Driving |
| 12:41 PM | 382294.56 mi. | 11 MPH | 180 ° E of N | Driving |
| 12:42 PM | 382294.75 mi. | 10 MPH | 211 ° E of N | Driving |
| 12:42 PM | 382294.8 mi. | 18 MPH | 247 ° E of N | Driving |
| 12:43 PM | 382295.28 mi. | 37 MPH | 263 ° E of N | Driving |
| 12:44 PM | 382295.97 mi. | 44 MPH | 263 ° E of N | Driving |
| 12:45 PM | 382296.7 mi. | 43 MPH | 245 ° E of N | Driving |
| 12:46 PM | 382297.48 mi. | 49 MPH | 245 ° E of N | Driving |
| 12:47 PM | 382298.27 mi. | 47 MPH | 245 ° E of N | Driving |
| 12:48 PM | 382299.04 mi. | 47 MPH | 245 ° E of N | Driving |
| 12:49 PM | 382299.87 mi. | 52 MPH | 248 ° E of N | Driving |
| 12:50 PM | 382300.74 mi. | 53 MPH | 248 ° E of N | Driving |
| 12:51 PM | 382301.61 mi. | 48 MPH | 269 ° E of N | Driving |
| 12:52 PM | 382302.39 mi. | 45 MPH | 270 ° E of N | Driving |
| 12:53 PM | 382303.0 mi. | 36 MPH | 270 ° E of N | Driving |
| 12:54 PM | 382303.7 mi. | 44 MPH | 271 ° E of N | Driving |
| 12:55 PM | 382304.47 mi. | 44 MPH | 271 ° E of N | Driving |
| 12:56 PM | 382305.17 mi. | 42 MPH | 271 ° E of N | Driving |
| 12:57 PM | 382305.89 mi. | 40 MPH | 270 ° E of N | Driving |
| 12:58 PM | 382306.09 mi. | 41 MPH | 270 ° E of N | Driving |
| 12:59 PM | 382306.78 mi. | 38 MPH | 271 ° E of N | Driving |
| 01:00 PM | 382307.34 mi. | 26 MPH | 271 ° E of N | Driving |
| 01:01 PM | 382307.61 mi. | 11 MPH | 267 ° E of N | Driving |
| 01:02 PM | 382307.78 mi. | 23 MPH | 255 ° E of N | Driving |
| 01:03 PM | 382308.5 mi. | 56 MPH | 270 ° E of N | Driving |
| 01:04 PM | 382309.4 mi. | 54 MPH | 269 ° E of N | Driving |
| 01:05 PM | 382310.26 mi. | 53 MPH | 269 ° E of N | Driving |
| 01:06 PM | 382311.14 mi. | 52 MPH | 269 ° E of N | Driving |
| 01:07 PM | 382312.02 mi. | 57 MPH | 272 ° E of N | Driving |
| 01:08 PM | 382312.48 mi. | 0 MPH | 271 ° E of N | Idling |

STAPLES000103

**Tasha Meyer**

| | |
|---|---|
| **From:** | Collin Lovell |
| **Sent:** | Thursday, December 27, 2018 10:16 AM |
| **To:** | Al Schelhaas |
| **Cc:** | Kyle Haglund; Pete Bartelt |
| **Subject:** | Load Sheet 12.27.18.xlsx |
| **Attachments:** | Load Sheet 12.27.18.pdf |

Hi Al,

Here is the alcohol load out of Luverne.

Thanks!

Collin

1

STAPLES000149

**Driver:** Al S.    **Tractor#** 409                              **Date:** 12/27/2018

| Load Order | BOL # | Gallons | Location Product | Special Pricing | Supplier | Terminal |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1st | | | Magellan - Sioux Falls | | | |
| | | 7800 | Alchohol PU # 31012912 | | Agri - Energy | Luverne |
| | | | Customer Inventory: Topco | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

STAPLES000150



Aspen 3.0 0.17

## DRIVER/VEHICLE EXAMINATION REPORT

**DPS Minnesota State Patrol, District 4700**
Commercial Vehicle Section
1110 Centre Pointe Curve, Suite 410
Mendota Heights, MN 55120
Phone: (651)405-6196  Fax: (651)405-6199

Report Number: MN00XI001792
Inspection Date: 12/05/2018
Start: 10:15 AM CT    End: 10:45:00 AM CT
Inspection Level: II - Walk-Around
HM Inspection Type: Bulk

STAPLES OIL COMPANY INC
PO BOX 243
WINDOM, MN  56101
USDOT#: 00184142                Phone#: (507)831-4450
MC/MX#: 802724                  Fax#:
State#:
Location: JASPER
Highway: 269
County: PIPESTONE, MN

Driver: SCHELHAAS, ALBERTUS L
License#:                                  State: MN
Date of Birth:
CoDriver:
License#:                                  State:
Date of Birth:
Shipper: CARRIER
MilePost:                  Origin: WESTBROOK, MN     Bill of Lading: 1076091
                           Destination: SIOUX FALLS, SD   Cargo: EMPTY

### VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | CVSA Issued # | OOS Sticker |
|------|------|------|------|-------|---------|--------------|-----|------|--------|---------------|-------------|
| 1 | TT | FRHT | 2015 | MN | PAN0476 | 409 | 3AKJGBDVXFDGM8409 | 52,000 | | | |
| 2 | ST | POLA | 2020 | MN | 0525STN | 15T | 1PMA24522F5013405 | 66,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 2

### VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|----------|---------|------|-----|------------|--------|-------|----------------------|
| 178.345-8A5 | 178.345-8(a)(5) | 2 | N | | N | N | DOT406/407/412 minimum road clearance: 7 INCH GROUND CLEARANCE WHEN MINIMUM CLEARANCE IS 12 IN - SUPPLY LINE HOSE HANGING DOWN BELOW 12 INCHES |
| | | | | | | | 1380  - ORDERED NEW/SHAFTT. HOSE TO TAKE OUT |

                                                                        DS        Placard: Yes    Cargo Tank: 406   DRP

HazMat: 3 Flammable

**Special Checks:** No Data for Special Checks.

**State Information:**
Event #: P180704464 ;  3203 - BORDER GRANT INSPECTION: NO;  3209 - RED DYED FUEL CHECK: YES;  DEPT. OF AG TEMP CHECK: NO;  3215 - HIGH PRIORITY GRANT: NO;  5002 - TRUCK WEIGHED MOBILE: NO;  5017 - MOBILE BILL CHECKED: NO;  DURING OTR NOT REG SHIFT: NO;  2010 - SHIFT LOAD: NO;  2020 - UNLOADED: NO;  DVS: NO;  4%  NO. FOREST PRODUCTS: NO;  5019 - HEIGHT CHECKED: NO;  25%: NO;  9 Ton Route: NO;  10 Ton Route: NO;  Restricted Route: NO;  TOWED FOR 5% Forest Products: NO;  10% First Haul: NO;  TOWED FOR SUSPENDED/REVOKED DL: NO;  TOWED FOR NO INSURANCE: NO;  INJURY TREATED AWAY FROM SCENE: NO;  FATALITY WITHIN 30 DAYS: NO;  IFTA Violation: NO;  IRP Violation: NO;  DISABLING DAMAGE: NO;

*OPERATING A COMMERCIAL MOTOR VEHICLE IN VIOLATION OF AN OUT-OF-SERVICE ORDER MAY RESULT IN A FINE OF UP TO $10,000.00, LOSS OF CDL, AND/OR 90 DAYS IN JAIL.

*REPAIR VERIFICATION:  The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with Minnesota laws and rules insofar as they are applicable to the above motor vehicle/vehicle and drivers.  This verification MUST BE SIGNED by the person or persons responsible for compliance with the applicable laws and regulations and RETURNED WITHIN 15 DAYS to the MN State Patrol, Commercial Vehicle Section, 1110 Centre Pointe Curve, Suite 410, Mendota Heights, MN 55120 or scan to Patrol.Inspection.Reports@state.mn.us
This e-mail is for returned inspection reports only.

NOTE:  THIS VEHICLE(S) MAY NOT BE REDISPATCHED UNTIL ALL EQUIPMENT VIOLATIONS HAVE BEEN CORRECTED.

NOTE:  Drivers and/or carriers may challenge Out of Service Orders and/or the accuracy or validity of data in roadside inspection and/or crash reports provided by the Minnesota State Patrol to the Federal Motor Carrier Safety Administration (FMCSA).  Challenges may be submitted through the FMCSA internet website at https:/ datang.fmcsa.dot.gov, or by U.S. mail or facsimile to the Minnesota State Patrol, DataQs Administrator at the address and facsimile number at the top of this inspection Report. The State Patrol's DataQs program protocol is available at: http://dps.mn.gov/divisions/msp/commercial/Pages/dataqs.aspx

Title: DIRECTOR OF LOGISTICS        Date: 12-12-18
                                            DISTRIBUTION
Signature Of Motor Carrier X:

Report Prepared By:
D. LARSEN
X                        Badge #: 307

Copy Received By:
ALBERTUS SCHELHAAS
X                                        Page 1 of 1

00184142  MN  MN00XI001792

| Staples Oil Co., Inc. ~ Transport Driver Pay Worksheet | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Driver Name: Al Schelhaas | | | Date: 7-30-18 | | | Approved: | | | |
| | Core Terminals | | | | | Non-Core Terminals | | | |
| Bio Terminals: | Brewster | Sx Center | Luverne | | | Glenville | | | |
| Petro Terminals: | Milford | Sioux Falls | Rock | Mankato | Marshall | SPV | Eagle | | |

Al Schelhaas
Mileage sheet
<mark>week of   July 23 - 27</mark>

<mark>Monday   Edgerton to Windom   116</mark>
Tuesday   Edgerton to Windom   116
Wednesday   Edgerton to Windom   116
Thursday   Edgerton to Windom   116
Friday        off

Al Schelhaas
mileage Sheet
Week of July 30 - Aug 3

MonDAY     Edgerton - Worthington     80
Tuesday    Edgerton - Windom          116
Wednesday  Edgerton - Windom          116
ThursDAY   Edgerton - Windom          116
Friday     Edgerton - Worthington     80

STAPLES000234



**Staples Oil Co., Inc.**
**Light Oil Distribution**

STAPLES000353

Dear Staples Employee,

We are pleased to welcome you to your new position inside of our family of companies.  You are part of an evolving successful company, that in the years to come will be known as a landmark in the Upper Midwest for area residents, travelers, truckers, commercial customers, and farmers.  To accomplish this objective we must take pride in our work place, be innovative, have a good attitude, and work hard as a team.  We have embodied our beliefs in the mission statement of our company.

*We seek to:*

- *Create an environment emphasizing team work where employees really care and are committed to doing their best while having fun.*

- *Be our customers first choice for supply management, convenience store shopping, dining, and fueling.*

- *Be supportive of our fellow employees and an asset to our community.*

- *Be innovative and independent with an eye to the future.*

- *Create the necessary profits to compete and achieve success today and in the future.*


Congratulations on your new job and again welcome aboard.



Sincerely,



Brent Staples
President
Staples Oil Co., Inc
Staples Enterprises, Inc



**\*\*\*  ATTENTION  \*\*\***

**IMPORTANT  INFORMATION**


**The provisions in this Handbook are only general guidelines.  This Handbook is not, and nothing in it is meant to create, a contract or promise of employment; or any particular terms, conditions or duration of employment between you and Staples Oil Co., Inc./ Staples Enterprises, Inc.**

**This Handbook supersedes and replaces all previously published employee handbooks.**

**This Handbook, or any of the policies contained in it, may be updated, discontinued, replaced or revised at any time by the sole discretion of the management of Staples Oil Co., Inc./ Staples Enterprises, Inc.  Such changes, however, can only be made in writing. No one may orally update, revise, replace or discontinue the policies of this Handbook.**

## STATEMENT OF SAFETY POLICY

**Maintaining a safe working environment is the most important thing we do.**

Safety is *everyone's* responsibility.  It is the desire of  STAPLES' to help provide a safe working environment for all employees.

To accomplish this, management will provide reasonable safeguards to help ensure safe working conditions and support the safe and efficient development of work activities.

The need also exists for recognizing that no job is so important and no order is so urgent that we cannot take time to perform our work safely.

Employees are expected to use the safety equipment provided.  Rules of conduct and rules of safety shall be observed.  Safety equipment must not be destroyed or abused.  In addition, if safety equipment is found missing or defective please notify management both verbally and in written while taking appropriate precautions.

The joint cooperation of employees and management in observance of this policy will help provide safe working conditions and accident-free performance to the mutual advantage of all.  Therefore, we ask your cooperation and support to help make all our jobs safe.

## STATEMENT OF CUSTOMER SERVICE

**Customer Service is the second most important thing we do.**

We expect the customer to be your number one priority.  Greet the customer when you or they enter the store or office.  If they seem to be looking for something…ask if you can help them to find anything.  Drop whatever you are doing to help them.

When you ring up their purchase, ask if that will be everything.  Count back their change and thank them for coming.  It is imperative to greet the customer and thank them for coming.  They have many other suppliers or stores they can shop at and we want them to know we appreciate them choosing us.

Our companies perception of you, as an employee, will be greatly influenced by our perception of your ability to deliver customer service to our patrons.  As such, our expectations are high and your results in this category will be one of the key factors that determines your success with our companies.

Sincerely Yours,


Brent Staples
President
Staples Oil Co., Inc.
Staples Enterprises, Inc
_____

## INTRODUCTION

**PURPOSE**

This employee handbook is intended as a guide to the personnel practices, policies, and employee benefits of Staples Oil Co., Inc. / Staples Enterprises,   Inc.   Throughout the handbook, "STAPLES" refers to your employer, either  Staples Oil Co., Inc. or Staples Enterprises, Inc.

The provisions of this Handbook are only general guidelines.  Nothing in this Handbook establishes a contract or promise of employment; or any particular terms, conditions or duration of employment between you and STAPLES.  While we hope that you will always enjoy working for STAPLES, if you should become dissatisfied you are free to terminate your employment at any time for any reason.   Similarly, STAPLES may terminate your employment at any time for any reason.  This "employment-at-will" relationship may not be modified for any employee.   No contract or promise relating to employment may be made, unless approved in writing and signed by the President of STAPLES.

Law changes and variations in the law sometimes affect policies and their application.   When there are direct conflicts between this Handbook and applicable law, the law, of course, will prevail.

This Handbook supersedes all previously published employee handbooks.   All employees should read and become familiar with its contents.

**UPDATES**

As personnel practices, policies, and benefits in this Handbook are added or changed, the Human Resources Department will notify all employees.

## EMPLOYMENT

**EQUAL EMPLOYMENT OPPORTUNITY & AFFIRMATIVE ACTION**

STAPLES or any STAPLES employee will not discriminate against any applicant, employee or customer based on age, race, sex, color, religion, national origin, disability, veteran status, sexual orientation, or status with respect to public assistance, or any other characteristic protected under state, federal, or local law.

Harassment and intimidation are recognized forms of discrimination and, as such, are forbidden.   Any employee who harasses or intimidates another employee, job applicant, vendor or customer will be subject to disciplinary action up to and including termination.

STAPLES is committed to affirmative action with respect to sex, race, covered veteran status and disability in its  practices and will implement this policy in the areas of compensation, benefits, transfers, layoffs, returns from layoff, company supported training, education or training assistance, and social and / or recreational programs.

**DIVERSITY**

STAPLES' is committed to creating an environment that promotes the understanding of an appreciation for the value of diversity within the organization and customer base.

**INITIAL APPRAISAL PERIOD**

Your first ninety days of employment is considered an initial appraisal period.   During this period, your performance and work habits will be assessed monthly by your supervisor.   At the end of the ninety day period, you will receive a formal performance appraisal.   Upon completion, your status will be reviewed for continued employment.

Employees remain   "at-will" employees both during and after the initial appraisal period.   Continued employment may or may not be offered at the close of this period regardless of satisfactory performance or availability of work.   Performance evaluation will always be an on-going process throughout the duration of your employment.

**EMPLOYMENT OF RELATIVES**

For the purpose of this policy, "relative" or "related employee" is defined as husband, wife, father, mother, sister, brother, child or relative of same by marriage ( i.e. in-laws ) .

It is STAPLES policy not to have related employees in direct reporting relationships.   In addition, Management will handle, on a case-by-case basis, where the employment of a relative would pose a conflict or the appearance of a conflict.  All persons seeking employment are required to inform STAPLES whether they are related to any STAPLES' employee.

## WORK SCHEDULES AND PAY

**FULL-TIME EMPLOYEES**

Full-time employees are those who work 40 hours or more per week on a regular basis throughout the previous twelve months of their employment with STAPLES.

Most full-time employees work eight hours per day with half hour unpaid lunch break and two fifteen minute paid breaks. You will be permitted a reasonable amount of time away from your duties to use the restroom, get refreshments, and for other similar incidental reasons.   Formal practices regarding breaks or rest periods vary depending upon the type of work being performed.   To find out about your department's practices, please ask your supervisor.

An employee's starting and ending times may vary by department.   Your supervisor will communicate your scheduled hours to you.   Overtime must be approved in advance by your supervisor.

**PART-TIME EMPLOYEES**

Part-time employees are those who work a regular schedule of less than 40 hours per week or are still within their first twelve months of employment by STAPLES.   Your supervisor will communicate your scheduled hours and starting and ending times.

**TEMPORARY EMPLOYEES**

Temporary employees are those who work as needed for special projects or on a short term or intermittent basis.   They do not typically have regularly scheduled hours nor are they eligible for benefits.

**EXEMPT EMPLOYEES**

Exempt employees are engaged in administrative or supervisory positions and are paid on a salaried or commission basis for all hours worked.   Exempt employees do not receive additional compensation for hours worked over 40 hours per work week.  Exempt employees include but are not limited to Directors, Managers, Commissioned Sales staff & Rated Pay Truck Drivers.

STAPLES000357

**NON-EXEMPT EMPLOYEES**

Non-exempt employees are eligible for overtime pay for hours in excess of 40 hours per work week. Overtime must be pre-approved by your supervisor.

**PAY-PERIODS**                                                                                            1/1/17

Employees will be paid bi-weekly, pay dates will normally be scheduled every other Friday.  Each pay period will consist of two one week periods, each one week period will begin on Monday at 7:00 AM (or morning shift if you come in an hour or two earlier) and end at 6:59 AM the following Monday.  Pay for the pay period will normally be issued on the Friday following the end of the pay period.

**PAYCHECKS**

Employees will receive a paycheck indicating gross pay, federal, state, and FICA taxes, any legally-mandated deductions, and any voluntary deductions.

**BREAKS**

Employees who work 8 hours or more are entitled to two paid 15 minute breaks, and one unpaid half hour break (must punch out for the unpaid breaks).

Convenience Store/Deli/Restaurant employee's work environment is such that a consistent break or lunch period is not able to be scheduled.  Therefore, throughout the course of your shift please use downtime to accomplish personnel needs as customer demands and all other job duties allow.

Anyone taking additional breaks or smoke breaks must get someone to cover their section and punch out for the time away from their position.

Anyone leaving the building for their half-hour or more break, or any other personnel matters must also punch out.

**OVERTIME**                                                                                            1/1/17

The ability and willingness to work overtime is a requirement for all employees.   Overtime is defined as time worked over 40 hours in one work week.  A work week begins at 7:00 AM Monday and ends at 6:59 AM the following Monday.   Any overtime must be authorized in advance by your supervisor.

Non-exempt employees will be paid for approved overtime at one and one half times their regular hourly rate.   Exempt salaried/commissioned employees are not eligible for overtime compensation.

**PERFORMANCE APPRAISAL**

STAPLES' is committed to providing you with feedback about your performance on the job.

Supervisors are responsible for on-going performance feedback.   In addition your supervisor has the responsibility to formally discuss and document your  performance periodically during the initial appraisal period and there-after, typically, once a year near the anniversary date of your hire or promotion.

STAPLES000358

Convenience Store/Deli Staff/Restaurant Staff may be reviewed more often at the sole discretion of management.

Your performance appraisal discussion will include a review of your strengths and identification of any areas needing improvement.   Often goals and objectives which need to be achieved in the coming year will also be discussed at this time.

**MERIT INCREASES**

Your salary/rate may be reviewed annually in conjunction with your performance appraisal.   Any merit increases you may receive are based on your performance in your current job.  Increases are normally effective on the beginning of the next pay period nearest your performance appraisal date.   Salary increases are discretionary.  **Your  rate of pay is strictly confidential, your business and no one else.**  If you discuss your rate of pay or that of another with anyone else other than your immediate supervisor or payroll administrator this action may result in disciplinary action, up to and including termination.

**PROMOTIONAL INCREASES**

If you are promoted into a position which has been evaluated at a higher grade level than your current position, your hourly pay/salary may also be reviewed.

If an hourly pay increase is recommended in conjunction with a promotion, it will be effective at the beginning of the pay period nearest the date of your promotion.   Salary increases are discretionary.

**WORK CONDUCT AND DISCIPLINE**

**APPEARANCE AND HYGIENE**

You represent STAPLES and your appearance and hygiene is very important in maintaining a favorable public opinion.  You must report to work neat, clean, and well groomed.  Do not wear extreme hair styles or jewelry on the job.  Refrain from wearing overbearing colognes or perfumes.  **Remember that you never get a second chance to make a first impression.**

**DRESS CODE**

STAPLES' goal is to maintain a professional image.  Before you report to work, evaluate every aspect of your appearance as outlined below.  It is your responsibility to ensure these dress code standards are maintained.

**OFFICE/SALES/DIRECTORS STAFF**

| | |
|---|---|
| Hair | Must be clean, groomed, and professional looking at all times.  In addition, men must report to work clean shaven or with well kept facial hair. |
| Jewelry | Due to safety concerns and health standards, STAPLES recommends that rings and bracelets not be worn while on duty (with the exception of wedding rings.)  Please no pierced body part jewelry with the exception of ear rings. |
| Shirt | STAPLES logo shirts are available at ½ price of procurement until costs exceed $100 per calendar year for an employee.  Then employee must pay full price.  All logo shirts are acceptable to management.  Any other shirt warn must display professionalism at the sole discretion of management.  Shirts must be tucked in at all times. |
| Pants | Full length pants must be worn to work every day.  Dress slacks are preferred however jeans can be substituted provided they do not have holes or frayed bottom edges.  Please dress appropriately for the day you will have.* |
| Shoes | Clean, polished and closed-toe, solid colored or white shoe. Tennis shoes OK if clean but not preferred. |

STAPLES000359

\* NOTE:      Please dress as professionally as possible everyday, management understands that their will be days when you are going to perform more physical work than others and your clothing needs will change.

**DRIVER & MAINTENANCE STAFF**

| | |
|---|---|
| <u>Hat</u> | Baseball hats/stocking hats are allowed provided they display company logos. |
| <u>Hair</u> | Must be clean, groomed, and professional looking at all times.  In addition, men must report to work clean shaven or with well kept facial hair. |
| <u>Shirt</u> | STAPLES logo shirts are available at ½ price of procurement until costs exceed $100 per calendar year for an employee.  Then employee must pay full price. All logo shirts are acceptable to management.  Any other shirt warn must display professionalism at the sole discretion of management.  Shirts must be tucked in at all times. |
| <u>Pants</u> | Blue/Black jeans in good condition.  No Shorts unless working on Landscape activities |
| <u>Shoes</u> | No open-toed shoes.  Choose the proper type of sole for outdoor conditions. Tennis shoes are OK provided they are clean.  Work books are encouraged. |
| <u>Jewelry</u> | For your own safety and health standards, do not wear rings or bracelets while on duty.  Please no pierced body part jewelry with the exception of ear rings. |

**C-STORE MANAGERS / CUSTOMER SERVICE REPS**

| | |
|---|---|
| <u>Hat</u> | Baseball hats are allowed provided they display company logos. |
| <u>Hair</u> | Must be clean, groomed, and professional looking at all times.  In addition, men must report to work clean shaven or with well kept facial hair.  If you are required to assist in the deli long hair must be tied back. |
| <u>Shirt</u> | Customer Service Reps will be expected to follow the smaock program as detailed below.  One  STAPLES' logo polo shirt will be provided. Additional shirts can be purchased through payroll deductions.  Shirts must contain the appropriate logo, name badge, and be tucked in at all times.  \*Managers please note: You may purchase additional logo shirts at ½ price of procurement costs until costs exceed $100 per calendar year per employee, at which time you must pay full price.  Managers & CSR's can purchase additional shirts at full price any time. |
| <u>Pants</u> | Slacks or Blue/Black jeans  in good condition.  Jeans can not have holes or frayed bottom edges.  No shorts allowed and pants should be held with a belt. |
| <u>Shoes</u> | No open toed shoes.  Choose a shoe with a comfortable sole.   Tennis shoes OK if clean. |
| <u>Jewelry</u> | For your own safety it is recommended that jewelry not be worn while on duty. No pierced body part jewelry with the exception of non-dangling ear rings. |

**DELI STAFF / RESTAURANT STAFF**

C-store dress code applies.  In addition, long hair must be tied back.

## **ExpressWay Convenience Stores Smock Program and Policy**

- All non-management personnel (CSR's & Deli staff) will be required to wear ExpressWay branded smocks and name tags as part of their uniform.
    - CSR's and Deli Staff may wear short or long-sleeve shirts under smocks.
        - Shirts under smocks do not need to be collared
        - Long sleeve shirts must have no printing on sleeves
    - All other uniform policies remain in force:

STAPLES000360

- ▪ No open toed Shoes
- ▪ Clean and professional looking (no holes or rips) slacks or blue jeans
- ▪ Name tags must be worn at all times
  - o No changes to personal hygiene and jewelry policies

- ExpressWay smocks are **not** to be taken off premises by non-management personnel without management approval.

- ExpressWay smocks are to be stored on laundry racks (on hanger or folded) at all times when not in use.

- Smocks will be rotated through three areas:
  - o Clean Supply
    - ▪ Smocks that are new or have been cleaned
    - ▪ Smocks are stored, folded, on shelves on upper portion of laundry racks
  - o In use Smocks
    - ▪ Smocks currently being used by employees
    - ▪ Stored on hangers on laundry racks
  - o Dirty Smocks
    - ▪ Smocks needing laundering will be placed in laundry bag on lower portion of laundry rack

- All employees will be provided a clean smock at the start of the program.

- When a smock is in need of laundering, the employee will place it in the laundry bag and grab a new/cleaned one from the clean supply to use until it needs laundering.

- Laundered smocks will be folded and returned to the clean supply and await use.

- Each store will receive enough smocks for all employees and a number of extra smocks based upon the needs of the store.
  - o Smocks will be inventoried at regular quarterly audits
  - o Smocks that become worn out will be replaced as needed

- Smocks will be laundered as needed by the store manager or assistant manager.
  - o Managers may do cash paid outs to cover the costs necessary to launder the smocks

- Name Tags will be supplied by the main office and will be ExpressWay branded.
  - o Employees will have the choice to wear lanyard style name tags or a clip on version.
  - o Name tags are not to leave the premises, and should stay with the employees' smock at all times when not in use.
  - o Employees are to print their name on the provided name tag using a black Sharpie marker.


**EXEMPT EMPLOYEES/OFFICE STAFF/DRIVERS**

Employee's working in these departments qualify for the uniform assistance program.  During each calendar year STAPLES shall contribute up to $100 per employee of there uniform cost at a rate of 50% of total cost to the employee.  In addition, STAPLES shall pay for all logo imprint costs for those garments during a calendar year.

**PERSONAL TELEPHONE CALLS**

You will not be able to make or receive personal telephone calls while on duty except in an emergency.  Please inform your friends and family of this policy.  Make personal calls during break periods.  Only

STAPLES000361

Directors/Managers/Drivers/Maintenance/Sales Staff are allowed to carry cell phones while on duty. CSR/Deli/Restaurant staff may not carry their personnel cell phones while on duty.

**NO employee, for any reason, may be talking on the phone while serving a customer transaction.  In addition, You will be disciplined or terminated if you fail to follow this policy.**

**WORK SCHEDULES**                                                                   1/1/17

Work schedules will be in two week increments, posted by your supervisor two weeks in advance of the scheduled work period.   The schedule will also coincide with your bi-weekly pay period.   Schedules posted are final.   If you need time off after the schedule has been posted you must arrange for your own replacement.

**SMOKING  POLICY**

Smoking is not permitted at any time in STAPLES administration offices, work areas, restrooms, vehicles, or designated customer areas.  Those individuals who must smoke must do so outdoors (do not smoke close to customer entrances).   Those individuals found smoking in other than the designated smoking area, will be subject to disciplinary action up to and including termination.

**ATTENDANCE AND TARDINESS**

It is STAPLES' expectation that you will arrive every business day on time and ready for work, except for approved absences.  Excessive absences or tardiness may result in disciplinary action, up to and including termination, no matter what the reason.

Any Manager/CSR/Deli/Restaurant Staff member who fails to show up for or complete a scheduled shift may be immediately discharged.

**EMPLOYEE PARKING**

All employees must park their vehicles in spaces as directed by the supervisor of their facility. Never park at the pumps or in "prime" customers spaces.  All employees must enter and exit the building through the front door not the back or side doors.

**SEXUAL HARASSMENT**

STAPLES' prohibits sexual harassment in the work environment.   Sexual harassment has been defined as:

Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when...

> ...submission to such conduct is made a term or condition either explicitly or implicitly, of an individual's employment; or

> ...Submission to or rejection of such conduct by an individual is used as a factor in decisions affecting that individual's employment; or

> ...such conduct has the purpose or effect of substantially interfering with an individual's work performance or creates an intimidating, hostile or offensive working environment.

The above conduct may include:

> .      unwanted sexual flirtation, advances or propositions
> .      verbal or sexual abuse

STAPLES000362

- . explicit or degrading verbal comments about another individual
- . the display of sexually suggestive pictures or objects
- . any sexually offensive or abusive physical conduct
- . the taking of or the refusal to take any personnel action based on an employee's submission to or refusal of sexual overtures

No employee should ever imply, even jokingly, that an individual's "cooperation" in such matters will have any effect on the individual's employment, assignment, compensation, advancement, career development or any other condition of employment.

If you believe that you are being subjected to sexual harassment, you should:

1. Tell the harasser that his or her actions are not welcome and they must stop.

2. Immediately report the incident to your Supervisor.

3. If additional incidents occur, immediately report them to your Supervisor.

Any reported incident will be investigated.   Complaints and actions taken to resolve complaints will be handled as confidentially as possible, given STAPLES' obligation to investigate and act upon reports of such harassment.  Any violation of this policy may result in discipline up to and including termination.

Retaliation of any kind against an employed who reports a suspected incident of sexual harassment is prohibited and will be subject to disciplinary action up to and including termination.

**SOLICITATION**

No solicitation of any kind is permitted by employees during working hours.   Solicitation by non-working employees is also prohibited if it interferes with the work of other employees who are working. Solicitation by non-working employees during established rest periods, meal times or other specified break periods is also prohibited.

Non-employees are not allowed to solicit or distribute any written materials at any time on any STAPLES property.

No solicitation of any kind of  STAPLES customers is permitted  by working or non-working employees.

Distribution of written materials of any kind, including circulars or other printed materials, is not permitted in any work area at any time without prior STAPLES approval.

**CONTROLLED SUBSTANCE AND ALCOHOL USE**

STAPLES' is committed to the policy of providing a safe and healthy work place, and minimizing risks to its employees and to the public in its operations.   The possession, transportation, sale or other distribution of controlled substances or drug paraphernalia and the unauthorized use, possession, transportation, sale or other distribution of alcohol is contrary to this policy and jeopardizes employee and customer safety.

Therefore, a condition of employment is adherence to these policies.  Any employee who violates any of these prohibitions will be subject to disciplinary action up to and including immediate discharge.

## Controlled Substance and Alcohol Prohibitions

STAPLES' prohibits:

.       the unlawful use, possession, transportation, manufacture, sale, or other distribution of an illegal or
        controlled substance or drug paraphernalia
.       the unauthorized use, possession, transportation, sale or other distribution of alcohol being under
        the influence of alcohol or having a detectable amount of illegal or controlled substance in the
        blood or urine when reporting for work, while on the job, on STAPLES premises or surrounding
        areas, or in any STAPLES vehicle.

NOTE:           The term "controlled substance" as used in this policy, means a drug or other substance as
                defined in applicable federal laws on drug prevention.  Any employee convicted under any
                criminal drug statute for a violation occurring while on the job, on STAPLES premises, or in any
                STAPLES vehicle will be subject to disciplinary action up to and including termination.

**NOTE:            IF YOU ARE CONVICTED OF AN ALCOHOL OR DRUG OFFENSE WHILE
        DRIVING A COMPANY VEHICLE OR YOUR PERSONNEL VEHICLE AT ANY TIME
        OF DAY, WHETHER ON DUTY OR OFF, YOU MUST REPORT THE VIOLATION TO
        YOUR IMMEDIATE SUPERVISOR.**

**                IN ADDITION, IF YOUR JOB DUTIES INCLUDE DRIVING A COMPANY
        VEHICLE YOU MAY BE TERMINATED FROM YOUR POSITION WITH THIS
        COMPANY.**

## Drug and Alcohol Testing

STAPLES may test any employee for alcohol and/or controlled substances, including prescription drugs
used without a proper prescription, under any of  the following circumstances:

.       If STAPLES has a reasonable suspicion that an employee possesses or uses alcohol or controlled
        substance in violation of STAPLES policy or if STAPLES has a reasonable suspicion that an
        employee is under the influence of alcohol or has a detectable amount of an illegal or controlled
        substance in his or her blood or urine.
.       If an employee receives an injury that requires medical attention while on the job, or if an
        employee is involved in any work-related accident.
.       If an employee job entails a safety-sensitive position.

Employees have the right to refuse to cooperate with requested tests.   Refusal to submit to such tests by an
employee, however, may be cause for disciplinary action up to and including discharge.   An employee who
refuses to be tested will not be permitted to operate any STAPLES vehicle.

All controlled substance and alcohol testing will be carried out in compliance with applicable state and
federal laws.

All results of tests will be kept confidential by the laboratory performing the test and provided only to a
specifically designated agent of STAPLES, unless the employee provides written consent or disclosure or as
otherwise required by law.

## Use of  Prescription Drugs

Any employee who is taking any drug or medication which may affect their ability to work safely is
responsible for informing his or her supervisor before beginning work.   An employee who is believed to be
incapable of working safely will not be permitted to work and may be subject to disciplinary action, up to
and including discharge, if such notice to the supervisor has not been provided.

STAPLES000364

**Searches**

STAPLES' reserves the right to search and inspect employees' work areas or lockers.   STAPLES, at its sole discretion, may take into custody any illegal, unauthorized or prohibited items and may turn them over to proper law enforcement agencies.

Employees have the right to refuse the search of their own persons or their personal effects.   Refusal to submit to such searches by an employee, however, may be cause for disciplinary action up to and including immediate discharge.

**Treatment**

STAPLES'  recognizes that employees suffering from alcoholism and controlled substance dependence can often be successfully treated.   STAPLES' encourages any employee with an alcohol or controlled substance dependency problem to voluntarily enter a controlled substance or alcohol rehabilitation program prior to any violation of this policy.  However, where a violation of this policy has occurred, an employee's subsequent request to submit to a controlled substance or alcohol rehabilitation program will not prevent STAPLES from taking appropriate disciplinary action.

**DISCIPLINE AND DISCHARGE**

STAPLES reserves the right to terminate an employee at any time for any reason with or without prior disciplinary counseling or notice.   Nothing in this handbook or any other STAPLES document is intended to:

.       modify this "at-will" employment
.       promise progressive discipline or disciplinary counseling
.       promise notice in circumstances where STAPLES considers immediate termination or discipline to be appropriate.

The following step is generally recommended to communicate performance problems.

Discussion - The supervisor will meet with the employee in private to discuss  the problem.   If the problem is not favorably resolved, documentation regarding this discussion meeting will be made a part of the personnel file and termination may result.

STAPLES' reserves the right to take any disciplinary action it considers necessary, including termination. Listed below are some instances where immediate termination could result.   This list is general in nature and is not intended to be all inclusive:

.       Any underage sales to minors of any age restricted product including alcohol, tobacco, cigars, cigarettes, chew, beer, wine, liquor, lighters, fireworks, and any other age restricted items as directed by your supervisor.
.       Any acceptance or forged cash, checks, or credit cards.
.       Any discourtesy to a customer or the general public resulting in a complaint or loss of good will.
.       Any refusal or failure to follow directives from a supervisor or manager.
.       Any alteration, damage, or destruction of company property or records or another employee's property.
.       Any theft of property belonging to STAPLES, customers, suppliers, or other STAPLES employees.
.       Any dishonesty.
.       Making or accepting personal phone calls during working hours.
.       Use, transfer, possession or being under the influence of illegal drugs, alcohol or substances on STAPLES property while on work time.

. Providing false or misleading information to any STAPLES representative or on any STAPLES records including the employment application.
. Fighting or engaging in disorderly conduct on STAPLES premises.
. Any sexual harassment or discriminatory action.
. Habitual tardiness, (please call if you know you are going to be late).
. Any failure to show up for work when scheduled.  Ignorance is no excuse.

Part of your job at STAPLES is to know your work schedule and adhere to it.

. Any unkempt appearance or failure to adhere to company policy concerning uniforms or poor hygiene.
. Any display of poor or belligerent attitude.
. Any violations of any of STAPLES' employment policies.
. Sitting with customers while on duty or in uniform.
. Any sharing of confidential information with others.
    1. Personal phone numbers.
    2. Payroll information is strictly confidential.
. Any borrowing  money from STAPLES employees or STAPLES customers.

## TERMINATION

Just as you have the right to quit your job when you choose, STAPLES  reserves the right to terminate your employment at any time for any reason with or without notice.   In order to facilitate the transfer of your duties to another employee, STAPLES requests, but does not require, that you provide your  immediate supervisor with two weeks notice prior to your last day at work.

## TIME AWAY FROM WORK

## HOLIDAYS

The STAPLES is open 365 days a year.   Non-exempt employees working the following holidays are eligible for differential wages at the rate of time and one half of their regular hourly pay .

. New Years Eve/Day         6:00 pm NYE to 3:00 pm NYD
. Easter                    12:00 am  to 11:00 pm
. Memorial Day              12:00 am  to 11:00 pm
. Independence Day          12:00 am  to 11:00 pm
. Labor Day                 12:00 am  to 11:00 pm
. Thanksgiving              12:00 am  to 11:00 pm
. Christmas Eve/Day          3:00 pm C-E to 11:00 pm C-D

*New Year's Day/Christmas Day night* – If your shift begins after 8 pm you will be paid at the regular rate.

Exempt salaried employees are not eligible for holiday pay, however, all exempt employees are eligible for paid holidays.

Should an exempt employee work on a paid holiday they should take time off with pay for the closest possible day to the holiday as a "replacement day".

## PTO                                                        1/1/17

Staples Oil Co., Inc. feels that it is important for the health of employees to have regular periods of rest and relaxation away from the work place. Staples Oil Co., Inc. provides Paid Time Off (PTO) to eligible employees. PTO is an all-purpose time-off policy. You can use PTO for vacation, illness or injury, and

personal business. PTO combines traditional vacation and sick leave plans into one flexible, paid time-off policy.

**Accrual**

All full-time employees will receive PTO based on their anniversary dates and the following schedule. Full-time is defined as any employee working an average of 40 hours per week for one year. The amount of PTO earned will depend on your length of service with the company.

| Years of Service | Hours accrued/Pay period | Yearly accrual (hours) | Maximum Annual Accrual (hours) |
|---|---|---|---|
| 0-1 | 1.54 | 40 | 60 |
| 2-4 | 3.08 | 80 | 120 |
| 5 or more | 4.62 | 120 | 180 |

**Maximum Time Accumulated**

Although you may carry over unused PTO time from year to year, there is a cap on the amount of PTO time you can accumulate. This encourages you to use your PTO and allows the company to manage is financial obligations responsibly. Once you reach the cap, you will not accumulate any more PTO until you use some of the time in your account and drop below the cap. After your balance goes below the cap, you will begin accruing PTO again. However, you will not receive retroactive credit for time worked while you were at the cap limit. PTO accrual is capped at one and one half times your annual PTO accrual rate.

**Minimum increments of PTO**

PTO should be taken in 8 hour increments for any regularly scheduled day off. Half day increments (4 hours) can be used when approved by management.

**Notice and Scheduling**

To schedule planned PTO, you should first give advance notification to your supervisor/manager, this allows time to prepare and assure all staffing needs are met. All Paid Time Off is subject to scheduling approval by the employee's supervisor.

**Termination**

Unused PTO is not converted into cash payments upon termination of employment or under any other circumstances (unless otherwise required by law). No Paid Time Off may be taken during an employee's last two weeks of employment.


**LEAVES OF ABSENCE**

Leaves may be granted as required by law or at STAPLES' discretion. They are unpaid unless specifically stated otherwise and require prior written approval. Without prior approval, leaves may not exceed three months or termination may result.


Jury Duty

Full-time employees who have proper proof of jury duty are eligible for leave with pay equal to their regular salary minus jury duty pay. Employees must notify their supervisor within a reasonable time after receipt of the Summons of the dates they are required to be available for jury duty.


Military Leave

Full time employees fulfilling military reserve duties are eligible for up to two weeks of leave with pay per year (minus military pay). Employees must notify their supervisor upon receiving military orders.

Employees must provide written orders and their military pay stub in order to be paid for the leave. Any additional military leave beyond two weeks is unpaid.


Parental Leave

Full-time employees and part-time employees who are scheduled to work on a regular basis, who are natural or adoptive parents of a newborn or newly adopted child, are eligible for up to 12 weeks of unpaid leave following the adoption or release of the newborn from the hospital if they have been employed for three months prior to the commencement of the leave.   STAPLES will comply with applicable state and federal laws.

**Flex Plan Eligibility**

STAPLES will provide all Staples Oil employees and all Staples Oil Co., Inc. employees scheduled to work 40 hours per week in the upcoming calendar year the opportunity to contribute to a Flexible Benefits program administered by STAPLES management.  This plan will be fully funded by the employee.  The eligible employees will have the opportunity to enroll in this program once a year during an enrollment period determined by STAPLES management.  Changes are not allowed mid-year unless there is a qualified change in family or employment status or dependent care rate or provider change.  A written request must be submitted to STAPLES management within 30 days of said event.

## EMPLOYEE DISCOUNTS

1)      STAPLES provides all employees soft drinks (fountain drinks only), coffee, and tea at no charge for employee consumption **during a shift**.  There are no limits or restrictions on the amount of items selected.  **All drinks must be consumed on premise;  no to-go cups.**

2)      **ALL C-STORE / DELI / CARWASH  ITEMS** may be sold to an on duty employee at a discount of 20% provided the employee documents the discount by providing a copy of the receipt to their supervisor in their daily paperwork **EXLUDING THE FOLLOWING:**

        -Lotto/Scratch tickets                    -Phone Cards
        -Prepaid Cards                            -Cigarettes & Tobacco
        -Gasoline                                 -Diesel Fuel
        -Any other items excluded by your supervisor

**Absolutely no employee discounts on gasoline or diesel fuel.**

**Absolutely no use of any coupons by any employees.**

**Absolutely no employee discounts to unscheduled (not on the clock) employees.**  Example, Jane comes in on her day off to have coffee with a friend.  Is Jane entitled to an employee discount? No

**Absolutely no eating mistakes unless they are paid for**.  No snacking or eating on the front line, in prep areas, or bakery area.  All waste products are to be disposed of by a supervisor or saved until they have time.

**You are not allowed to accept outdated materials by vendors or other staff members.**

No exceptions as anyone found to have violated these policies shall be treated as the have performed THEFT from the company.

## CONCLUSION

There are a lot of options for our customers all offering the same basic services - gas, diesel, c-store, restaurant, etc.  So what separates the good companies from the not so good ones?  In one word <u>people</u>, the every day employee who really wants to be here and  takes the time to do a little extra to make the customer feel welcome and appreciated.   The petroleum, convenience, and dining business are all tough industries. To be good at it takes a committed work force.  STAPLES' is looking for employees who show up for work when scheduled, maintain a professional personal appearance, have a cheerful upbeat attitude, are customer oriented, and work well with others.  If you will remember this one simple thought from Dale Carnegie, "always treat others like you would want to be treated yourself" success will come to you and our business.  We take great pride in you, it's your job to make sure our customers and fellow employee's feel the same way.

STAPLES000369

